UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RIGOBERTO JOSE MORENO,<br><br>Plaintiff,<br><br>v.<br><br>PERKINS+WILL, INC., et al.,<br><br>Defendants. | Case No. 19-cv-07443-VKD<br><br>**ORDER REFERRING CASE AND REQUEST TO CONSIDER WHETHER CASES ARE RELATED** |

On November 12, 2019, pro se plaintiff Rigoberto Jose Moreno filed this action against Perkins+Will Inc., Jordan Knighton Architects, and various San Francisco city and county agencies and moved for leave to proceed *in forma pauperis* ("IFP"). Dkt. No. 1. The complaint appears to be intended as an amended complaint and refers specifically to another case before the Honorable Edward M. Chen: *Moreno v. Aukee et al.*, Case No. 3:19-cv-04206-EMC. Dkt. No. 1 at ECF pp. 1, 5 ("Initial Case#: C194206EMC"). Mr. Moreno's subsequent filings in the present case also reference the earlier case before Judge Chen. Dkt. No. 6 at ECF pp. 1, 3, 4 (requesting leave to amend complaint and "to continue case").

Pursuant to Civil Local Rule 3-12(c), the undersigned refers this action to Judge Chen to consider whether the cases are related.

**IT IS SO ORDERED.**

Dated: November 18, 2019

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge